American Common Law
court of record;trial by jury
the superior court
filed at 'Federal court'
'District Court of the united States'
'District of Alaska'
Fairbanks

| | |
|---|---|
| i,man;charles albert,lind<br>claimant;<br>prosecutor;<br><br>against<br><br>kelcey,harrison;man<br>Actor; Alaska State Trooper<br>c/o ALASKA STATE TROOPERS<br>1979 PEGER ROAD<br>FAIRBANKS, AK 99709<br><br>wrongdoer(s) | the lind court;<br><br><br><br>notice; claim;<br>Nature of case; claim;<br>claim;trespass;<br>unlawful papers;<br>(verified) |

i,man,require,'court of record','trial by jury';

### claim;trespass; (unlawful papers)

i,man,claim;

- the said wrongdoer(s) trespass upon my property;
- the causal agent of the trespass,comes by way of its use of unlawful papers; aress/false imprisonment/purloin private property (recreational vehicle);
- the trespass did and does harm and injury to my property;
- the commencement of the wrong and harm began on 14 August 2018 6:23 PM; location; Southbound Richardson Highway/Lakeview Drive, Fairbanks;
- the wrong and harm continues to this day 19 February 2019;
- i, require compensation for the initial and continual trespass upon my property;
- compensation due sixty thousand dollars $;

Notice to agent is notice to principle,notice to principle is notice to agent;
i,say here, and will verify in open court,that all herein be true. red ink

(seal) L. S.  *charles albert*

non-negotiable appellation
non-negotiable autograph  *charles albert, lind*
charles albert,lind  a living Alaskan,

living on the land, endowed with all his Unalienable Rights.
Date 19 February 2019 A and of the Independence of the
united States the Two hundred and Forty-third.

page one of one