# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLES ALBERT LIND,<br><br>    Plaintiff,<br><br>  v.<br><br>KELCEY HARRISON,<br><br>    Defendant. | Case No. 4:19-cv-00005-SLG |

## ORDER OF DISMISSAL

This action was instituted in February 2019.[1] The Court issued a screening order regarding Mr. Lind's filings dated June 13, 2019. That order sought to identify certain deficiencies in Mr. Lind's filings; it accorded him until July 15, 2019, within which to file an amended complaint that addressed the deficiencies or a notice of voluntary dismissal.[2] Although Mr. Lind has filed several notices after June 13, 2019,[3] he has not filed an amended complaint. Nor has he set clearly set forth in any notice to the Court an intention to voluntarily dismiss this case.

In light of the foregoing, IT IS ORDERED that this case is DISMISSED; the Clerk of Court is directed to close this case.

DATED this 25th day of July, 2019, at Anchorage, Alaska.

                */s/ Sharon L. Gleason*
                UNITED STATES DISTRICT JUDGE

---

[1] Docket 1.

[2] *See* Order of Dismissal With Leave to Amend (Docket 17).

[3] *See* Dockets 18, 19, 20, and 22. *See also* Order at Docket 21 regarding the first three notices.